UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Camden Vicinage

| | |
|---|---|
| NANAK PRODUCE & MARKETING, INC., | ) Civil Action |
| Plaintiff, | ) Case # 1:18-cv-15448-JHR-KMW |
| vs. | ) |
| SOUTHERN SUN, LLC., and PAUL G. ROSS, | ) **Return Date: December 16, 2019** |
| Defendants. | ) |

### RECEIVER'S CERTIFICATION IN SUPPORT OF MOTION TO MAKE PARTIAL PAYMENT TO COZEN O'CONNOR LAW FIRM

I, Jonathan S. Bodner (the "Receiver"), certify under penalty of perjury that:

1. I serve as the Receiver for Southern Sun, LLC (the "Company") under and in accordance with this Court's Order dated October 17, 2019 (the "Receivership Order").

2. As of my appointment, Cozen O'Connor was representing the Company under the parties' retainer agreement and in the Company's litigation against Buffalo Farms Freezer & Cold Storage, LLC, which is pending in the Superior Court of New Jersey, Docket Number GLO-L-982-17 (the "State Action"). In the State Action, the Company seeks damages in excess of $1 million resulting from the destruction, by fire, of the Company's grapes that were then stored at the defendant's premises.

3. From what I have learned to date, the claims asserted in the State Action represent one of the most significant assets remaining to be liquidated in addition to the Company's outstanding accounts receivable.

4. Upon my appointment, and in accordance with paragraph 7 of the Receivership Order, I continued the retention of Cozen O'Connor in the State Action under an amended

1

retainer agreement. As a condition to its continued representation, Cozen O'Connor has requested that I seek this Court's approval to make a partial payment to it of $95,000.00.

5. Cozen O'Connor did not agree to undertake this representation on a contingent fee basis. Cozen O'Connor's fees are billed on an hourly basis.

6. Cozen O'Connor has advised and provided invoices that reflect that it had not been paid since 2018 and that it was owed $168,077.35 as of September 30, 2019 for its services in the State Action.[1]

7. Cozen O'Connor also has advised that, and the case jacket attached as Exhibit A confirms that, it has diligently represented the Company in discovery and extensive motion practice, among other services rendered, in the State Action. In addition, and in light of my appointment, the parties to the State Action submitted the following proposed scheduling end dates in the State Action:

- All parties shall respond to any outstanding written discovery by December 14, 2019

- The depositions of parties and fact witnesses shall be completed by December 29, 2019

- Paola Moralda, the Company's representative, shall appear for a depositions by December 29, 2019

- The Company's expert reports shall be served by January 28, 2020

- The Defendant's expert reports shall be served by March 15, 2020

- The depositions of all experts shall be completed by May 1, 2020

- The trial to begin on June 5, 2020

8. I therefore submit that it is equitable and beneficial to make the partial payment of $95,000 to Cozen O'Connor at this time.

---

[1] Copies of Cozen O'Connor's invoices may be provided upon request.

2

9. I have received signed consents from the majority of the PACA trust beneficiaries who have consented to the payment of $50,000.00 to Cozen O'Connor.

10. However, Cozen O'Connor advised that it did not agree to that amount, and that it requests the partial payment of $95,000.00 to proceed.

11. Given the amount owed to Cozen O'Connor to date, and the services required over the next 7 months, I support Cozen O'Connor's request.

12. Further, I believe that it would be short-sighted at this point to risk losing Cozen O'Connor's service, and a waste of resources to seek substitute counsel and have such counsel come up to speed on the State Action, which has been pending for more than 2 years.

13. While I have not confirmed the propriety and scope (both legally and factually) of the alleged PACA trust claims, and have not confirmed the perfection and scope of the alleged liens asserted on the Company's assets, I intend to begin that process shortly.

14. Further, I have not received any funds yet. Therefore, I seek authorization to pay Cozen O'Connor but do not intend to pay the firm until I have received sufficient funds to do so.

15. I have served a copy of my moving papers on all known creditors of the Company, which include all known alleged PACA trust beneficiaries and the Company's alleged secured creditor, OceanFirst Bank, N.A.

                Respectfully submitted,

                /s/ Jonathan S. Bodner
                Jonathan S. Bodner, Receiver

Dated: November 15, 2019

# EXHIBIT A

Judiciary eCourts Public Access System - Civil Part

- Home
- Help
- Logout

## CASE JACKET
User:publicaccess
Docket Number: GLO L 000982 - 17

[ Back ]  [ Create Summary Report ]

Case Caption: Southern Sun Llc Vs Buffalo Farms Freezer & Cold

| | | |
|---|---|---|
| Court: Civil Part | Venue: Gloucester | Case Initiation Date: 08/08/2017 |
| Case Type: Contract/Commercial Transaction | Case Status: Active | Jury Demand: 6 Jurors |
| Case Track: 3 | Judge: John C Eastlack Jr | Team: 103 |
| # of Discovery Days: 874 | Age of Case: 02 YR 03 MO | Consolidated Case: Y |
| Original Discovery End Date: 08/06/2018 | Current Discovery End Date: 03/02/2020 | # of DED Extensions: 5 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: 03/02/2020 | Current Trial Date: 04/06/2020 | # of Trial Date Adjournments: 1 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: |

| Plaintiffs (1) | Defendants (2) | Case Proceedings (21) | ACMS Documents (35) | Fees (33) |

### Southern Sun Llc

**Case Actions** — The case jacket below may not contain all the documents filed in this case.

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/11/2017 | | Motion To Compel Answers To Interrogatories uploaded by Case Management Staff submitted by JOHN P JOHNSON JR | LCV2017622998 | 12/12/2017 |
| 12/12/2017 | | The motion filed on 12/11/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO COMPEL ANSWERS TO INTERROGATORIES [LCV2017622998] | LCV2017623096 | 12/12/2017 |
| 12/20/2017 | | MOTION TO CONSOLIDATE CASES submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2017676543 | 12/20/2017 |
| 12/20/2017 | | The motion filed on 12/20/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO CONSOLIDATE CASES [LCV2017676543] | LCV2017679413 | 12/20/2017 |
| 12/28/2017 | | OBJECTION TO MOTION submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2017717078 | 12/28/2017 |
| 12/28/2017 | | MOTION FOR PROTECTIVE ORDER submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2017717377 | 12/28/2017 |
| 12/29/2017 | | Hearing is scheduled for 09:00 AM on 01/19/2018 with Judge MCMASTER, JEAN, B, Court Room 301. re: MOTION FOR PROTECTIVE ORDER [LCV2017717377] | LCV2017718525 | 12/29/2017 |
| 1/2/2018 | | REPLY BRIEF submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20182965 | 1/2/2018 |
| 1/2/2018 | | Hearing is rescheduled for 09:00 AM on 01/05/2018 with Judge MCMASTER, JEAN, B, Court Room 301. re: MOTION FOR PROTECTIVE ORDER [LCV2017717377] | LCV20187428 | 1/2/2018 |
| 1/5/2018 | | The motion filed on 12/11/2017 will be decided on 01/19/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO COMPEL ANSWERS TO INTERROGATORIES [LCV2017622998] | LCV201824248 | 1/5/2018 |
| 1/5/2018 | | The motion filed on 12/20/2017 will be decided on 01/19/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO CONSOLIDATE CASES [LCV2017676543] | LCV201824251 | 1/5/2018 |
| 1/5/2018 | | Hearing is rescheduled for 09:00 AM on 01/19/2018 with Judge MCMASTER, JEAN, B, Court Room 301. re: MOTION FOR PROTECTIVE ORDER [LCV2017717377] | LCV201824258 | 1/5/2018 |
| 1/12/2018 | | REPLY BRIEF submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV201871432 | 1/12/2018 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 1/22/2018 | 📎✉ | CONSENT ORDER submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018133230 | 1/22/2018 |
| 1/22/2018 | 📎✉ | ORDER FOR PROTECTIVE ORDER-Partial by Judge MCMASTER, JEAN, B re: MOTION FOR PROTECTIVE ORDER [LCV2017717377] | LCV2018134087 | 1/22/2018 |
| 1/22/2018 | 📎✉ | ORDER TO COMPEL ANSWERS TO INTERROGATORIES-Partial by Judge MCMASTER, JEAN, B re: MOTION TO COMPEL ANSWERS TO INTERROGATORIES [LCV2017622998] | LCV2018134095 | 1/22/2018 |
| 1/22/2018 | 📎✉ | ORDER CONSOLIDATE CASES-Granted by Judge MCMASTER, JEAN, B re: MOTION TO CONSOLIDATE CASES [LCV2017676543] | LCV2018134480 | 1/22/2018 |
| 1/31/2018 | 📎✉ | MEDIATION submitted by Case Management | LCV2018188245 | 1/31/2018 |
| 2/12/2018 | 📎✉ | GENERAL CORRESPONDENCE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2018264303 | 2/12/2018 |
| 3/9/2018 | 📎✉ | MOTION FOR DISCOVERY submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC *LINKED FILING* | LCV2018423771 | 3/9/2018 |
| 3/9/2018 | ✉ | The motion filed on 03/09/2018 will be decided on 03/29/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV2018423771] | LCV2018426377 | 3/9/2018 |
| 3/20/2018 | 📎✉ | CROSS MOTION FOR PROTECTIVE ORDER submitted by LIVINGSTONE, KYLE, ANTHONY of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018504144 | 3/20/2018 |
| 3/22/2018 | ✉ | The motion filed on 03/20/2018 will be decided on 03/29/2018. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: CROSS MOTION FOR PROTECTIVE ORDER [LCV2018504144] | LCV2018509023 | 3/22/2018 |
| 3/22/2018 | 📎✉ | REPLY BRIEF submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2018510908 | 3/22/2018 |
| 3/27/2018 | 📎✉ | ADJOURNMENT REQUEST submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018542226 | 3/27/2018 |
| 3/30/2018 | 📎✉ | MOTION TO CONSOLIDATE CASES submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018564672 | 3/30/2018 |
| 4/4/2018 | ✉ | The motion filed on 03/30/2018 will be decided on 04/27/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO CONSOLIDATE CASES [LCV2018564672] | LCV2018583805 | 4/4/2018 |
| 4/6/2018 | ✉ | The motion filed on 03/09/2018 was rescheduled to 05/11/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV2018423771] | LCV2018604152 | 4/6/2018 |
| 4/6/2018 | ✉ | The motion filed on 03/20/2018 was rescheduled to 05/11/2018. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: CROSS MOTION FOR PROTECTIVE ORDER [LCV2018504144] | LCV2018604160 | 4/6/2018 |
| 4/24/2018 | 📎✉ | CONSENT ORDER submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018715357 | 4/24/2018 |
| 4/26/2018 | 📎✉ | CONSENT ORDER - Granted by Judge MCMASTER, JEAN, B re: CONSENT ORDER [LCV2018715357] | LCV2018733001 | 4/26/2018 |
| 4/26/2018 | ✉ | Motion Result: Withdrawn on 04/26/2018 re: MOTION TO CONSOLIDATE CASES [LCV2018564672] | LCV2018733029 | 4/26/2018 |
| 5/1/2018 | 📎✉ | GENERAL CORRESPONDENCE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2018759507 | 5/1/2018 |
| 5/1/2018 | 📎✉ | GENERAL CORRESPONDENCE submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV2018763665 | 5/1/2018 |
| 5/7/2018 | 📎✉ | GENERAL CORRESPONDENCE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2018794241 | 5/7/2018 |
| 5/8/2018 | 📎✉ | GENERAL CORRESPONDENCE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2018804672 | 5/8/2018 |
| 5/8/2018 | 📎✉ | CORRESPONDENCE submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC *LINKED FILING* | LCV2018809115 | 5/8/2018 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 5/11/2018 | | ORDER FOR DISCOVERY-Partial by Judge MCMASTER, JEAN, B re: MOTION FOR DISCOVERY [LCV2018423771] | LCV2018832668 | 5/11/2018 |
| 5/11/2018 | | ORDER FOR PROTECTIVE ORDER-Partial by Judge MCMASTER, JEAN, B re: CROSS MOTION FOR PROTECTIVE ORDER [LCV2018504144] | LCV2018832729 | 5/11/2018 |
| 5/28/2018 | | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV2018930068 | 5/28/2018 |
| 6/8/2018 | | GENERAL CORRESPONDENCE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20181007475 | 6/8/2018 |
| 6/13/2018 | | MOTION TO CONSOLIDATE CASES submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV20181039362 | 6/13/2018 |
| 6/14/2018 | | The motion filed on 06/13/2018 will be decided on 07/06/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO CONSOLIDATE CASES [LCV20181039362] | LCV20181040952 | 6/14/2018 |
| 6/15/2018 | | Consent Order - GRANTED by Judge MCMASTER, JEAN, B | LCV20181050478 | 6/15/2018 |
| 7/6/2018 | | ORDER CONSOLIDATE CASES-Granted by Judge MCMASTER, JEAN, B re: MOTION TO CONSOLIDATE CASES [LCV20181039362] | LCV20181175885 | 7/6/2018 |
| 10/1/2018 | | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV20181704186 | 10/1/2018 |
| 11/13/2018 | | GENERAL CORRESPONDENCE submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC | LCV20181980229 | 11/13/2018 |
| 11/14/2018 | | DEFICIENCY NOTICE: re: GENERAL CORRESPONDENCE [LCV20181980229] -Other - DED in all five cases was updated to reflect the ded of 1-821-18 based on the consolidation. the current ded is 2-24-19. Therefore, the req for a 30 day ext from the previous ded of 12-5-18 is not necessary. amc | LCV20181981521 | 11/14/2018 |
| 11/19/2018 | | General Correspondence uploaded by Case Management Staff submitted by JOHN P JOHNSON JR | LCV20182050108 | 11/27/2018 |
| 11/27/2018 | | General Correspondence uploaded by Case Management Staff submitted by JOHN P JOHNSON JR | LCV20182052557 | 11/27/2018 |
| 11/28/2018 | | COURT Notice submitted by Case Management | LCV20182053560 | 11/28/2018 |
| 12/3/2018 | | MOTION TO FILE OR AMEND COMPLAINT submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20182087373 | 12/3/2018 |
| 12/3/2018 | | The motion filed on 12/03/2018 will be decided on 12/21/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20182087373] | LCV20182093173 | 12/3/2018 |
| 12/17/2018 | | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV20182178643 | 12/17/2018 |
| 12/17/2018 | | CASE MANAGEMENT CONSENT ORDER submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20182181365 | 12/17/2018 |
| 12/17/2018 | | CONSENT ORDER submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20182181435 | 12/17/2018 |
| 12/17/2018 | | Case Management Order-Court Initiated - GRANTED by Judge RAGONESE, SAMUEL, J | LCV20182182900 | 12/17/2018 |
| 12/19/2018 | | COURT Notice submitted by Case Management | LCV20182194603 | 12/19/2018 |
| 12/19/2018 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20182195090 | 12/19/2018 |
| 12/21/2018 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge RAGONESE, SAMUEL, J re: MOTION TO FILE OR AMEND COMPLAINT [LCV20182087373] | LCV20182214640 | 12/21/2018 |
| 12/27/2018 | | AMENDED COMPLAINT submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20182236170 | 12/27/2018 |
| 1/18/2019 | | Answer W/CrossClaim W/Jury Demand submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC, 205 PINE ROAD LLC | LCV2019120729 | 1/18/2019 |
| 1/23/2019 | | PROOF OF SERVICE submitted by JOHNSON, JOHN, P of COZEN O'CONNOR A PA PC on behalf of SOUTHERN SUN LLC against 205 PINE ROAD LLC, BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2019140240 | 1/23/2019 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 2/15/2019 | 📎✉ | SUBSTITUTE ATTORNEY submitted by FOTI, THOMAS, DOMINICK of LAMB KRETZER LLC on behalf of 205 PINE ROAD LLC against SOUTHERN SUN LLC, BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2019293703 | 2/15/2019 |
| 2/21/2019 | ✉ | DEFICIENCY NOTICE: re: SUBSTITUTE ATTORNEY [LCV2019293703] -no attorney has been entered for 205 pine road in the above case. please submit an entery of appearance with the $175.00 filing fee | LCV2019319637 | 2/21/2019 |
| 2/25/2019 | 📎✉ | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV2019336882 | 2/25/2019 |
| 4/6/2019 | 📎✉ | COURT Notice submitted by Case Management | LCV2019611336 | 4/6/2019 |
| 4/10/2019 | 📎✉ | CASE MANAGEMENT CONSENT ORDER submitted by WATERS, KELLY, A of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC, 205 PINE ROAD LLC | LCV2019640706 | 4/10/2019 |
| 4/11/2019 | 📎✉ | Case Management Order-Court Initiated - GRANTED by Judge RAGONESE, SAMUEL, J | LCV2019645913 | 4/11/2019 |
| 6/3/2019 | 📎✉ | Answer W/CrossClaim W/Jury Demand submitted by FOTI, THOMAS, DOMINICK of LAMB KRETZER LLC on behalf of 205 PINE ROAD LLC against SOUTHERN SUN LLC, BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV2019968462 | 6/3/2019 |
| 7/10/2019 | 📎✉ | MOTION TO EXTEND DISCOVERY submitted by LIVINGSTONE, KYLE, ANTHONY of WOOD SMITH HENNING & BERMAN, LLP on behalf of BUFFALO FARMS FREEZER & COLD STORAGE LLC against SOUTHERN SUN LLC, 205 PINE ROAD LLC | LCV20191198655 | 7/10/2019 |
| 7/11/2019 | ✉ | The motion filed on 07/10/2019 will be decided on 07/26/2019. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV20191198655] | LCV20191205574 | 7/11/2019 |
| 7/26/2019 | 📎✉ | ORDER EXTEND DISCOVERY-Granted by Judge RAGONESE, SAMUEL, J re: MOTION TO EXTEND DISCOVERY [LCV20191198655] | LCV20191300194 | 7/26/2019 |
| 8/2/2019 | 📎✉ | COURT Notice submitted by Case Management | LCV20191352014 | 8/2/2019 |
| 8/2/2019 | ✉ | INFORMATION: COURT Notice submitted by Case Management on CONSOLIDATED CASE GLO-L -000501-18 | LCV20191352708 | 8/2/2019 |
| 9/20/2019 | 📎✉ | GENERAL CORRESPONDENCE submitted by FOTI, THOMAS, DOMINICK of LAMB KRETZER LLC on behalf of 205 PINE ROAD LLC against SOUTHERN SUN LLC, BUFFALO FARMS FREEZER & COLD STORAGE LLC | LCV20191705424 | 9/20/2019 |
| 9/23/2019 | 📎✉ | Case Management Order-Court Initiated - GRANTED by Judge RAGONESE, SAMUEL, J | LCV20191714508 | 9/23/2019 |
| 9/24/2019 | 📎✉ | COURT Notice submitted by Case Management | LCV20191720768 | 9/24/2019 |
| 9/24/2019 | ✉ | INFORMATION: COURT Notice submitted by Case Management on CONSOLIDATED CASE GLO-L -000501-18 | LCV20191721570 | 9/24/2019 |
| 9/27/2019 | ✉ | INFORMATION: STIPULATION OF DISMISSAL submitted by JOHNSON, JAMES, W of RICCI TYRRELL JOHNSON & GREY, PLLC on behalf of PANY OF NEW YORK INC against BUFFALO FARMS FREEZER & COLD S on CONSOLIDATED CASE GLO-L -000501-18 | LCV20191755689 | 9/27/2019 |
| 11/2/2019 | 📎✉ | COURT Notice submitted by Case Management | LCV20192017651 | 11/2/2019 |

Showing 1 to 81 of 81 entries